# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVE AND WAR, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WILD BUNCH A.G., WILD BUNCH S.A. and DOES 1-10, <br><br> Defendants. | Case No.: CV 18-3773-DMG (PLAx) <br><br> **ORDER DISMISSING ENTIRE CASE WITHOUT PREJUDICE [48]** |

Pursuant to the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED that:

A. All of the claims asserted in the above-captioned action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and

B. The parties to this stipulation will each bear their own costs and fees as incurred against one another in this action.

**IT IS SO ORDERED.**

DATED: June 8, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1