# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVE AND WAR, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WILD BUNCH A.G., WILD BUNCH S.A. and DOES 1-10,<br><br>　　　　Defendants. | Case No.: CV 18-3773-DMG (PLAx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [50]** |

　　　　Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that:

　　　　A.　　All of the claims asserted in this action shall be and are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and

　　　　B.　　The parties to this stipulation will each bear their own costs and fees as incurred against one another in this action.

DATED:  June 30, 2020

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Dolly M. Gee
　　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE